UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

|  |  |  |
|---|---|---|
| SOUTHWIRE COMPANY, LLC, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 6:19-cv-00541-ADA |
| v. | ) ) ) | |
| GO INDUSTRIES, INC. d/b/a LONGHORN REELS, | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF SOUTHWIRE COMPANY, LLC'S
AGREED MOTION FOR EXTENSION OF TIME
FOR DEFENDANT GO INDUSTRIES, INC. TO ANSWER,
MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff Southwire Company, LLC ("Southwire") files this agreed motion for extension of time for Defendant Go Industries, Inc. d/b/a Longhorn Reels ("Longhorn Reels") to answer, move, or otherwise respond to Plaintiff's Complaint (Dkt. No. 1).

Southwire filed its Complaint on September 13, 2019 and served Longhorn Reels on December 10, 2019. Currently, Longhorn Reels' deadline to respond is December 31, 2020. Counsel for Southwire and Longhorn Reels have since met and conferred to discuss an extension of time. Longhorn Reels (which has not yet appeared in this case) has requested an extension of time of 30 days, up to and including January 30, 2020, to answer, move, or otherwise respond to the Complaint. Southwire does not oppose this request and

has agreed to move for this thirty-day extension for Longhorn Reels to answers, move, or otherwise respond to the Complaint. No prior extension of time has been requested.

Southwire and Longhorn Reels request this modest extension of time to facilitate the discussions currently underway between the parties and to accommodate absences during the end-of-year holidays and vacations. This extension of time is not sought for procedural advantage or delay by either party.

Accordingly, Southwire respectfully requests that the Court issue the attached proposed order extending time for Longhorn Reels to answer, move, or otherwise respond to Plaintiff's Complaint to January 30, 2020.

Dated: December 20, 2019                    Respectfully submitted,

                                            */s/ Brady Cox*

                                            Brady Cox (TX 24074084)
                                            **ALSTON & BIRD LLP**
                                            2200 Ross Avenue, Suite 2300
                                            Dallas, Texas 75201
                                            Phone:  214-922-3443
                                            Fax:    214-922-3843
                                            Email:  brady.cox@alston.com

                                            *Counsel for Plaintiff*
                                            *Southwire Company, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on December 20, 2019.

*/s/ Brady Cox*
Brady Cox
